**Carl R. RHOADES, Defendant–Below, Appellant,**

v.

**STATE of Delaware, Plaintiff–Below, Appellee.**

No. 201, 2016

Supreme Court of Delaware.

Submitted: November 16, 2016

Decided: November 30, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID. No. 1408009170

AFFIRMED in part. REVERSED in part. REMANDED.

**Ruben CARLO, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

No. 209, 2016

Supreme Court of Delaware.

Submitted: November 2, 2016

Decided: November 30, 2016

Court Below: Superior Court of the State of Delaware, ID No. 1504003365

AFFIRMED.

**William Roger TRICE, Jr., Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 363, 2016

Supreme Court of Delaware.

Submitted: October 19, 2016

Decided: December 2, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1011016705

AFFIRMED.